**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-1809**

DANIEL HUBERT ROSS,

              Plaintiff - Appellant,

        v.

MARYLAND STATE POLICE LICENSING DIVISION,

              Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Greenbelt.  Theodore D. Chuang, District Judge. (8:15-cv-01402-TDC)

Submitted:  November 22, 2016        Decided:  November 29, 2016

Before DIAZ and THACKER, Circuit Judges, and DAVIS, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Daniel Hubert Ross, Appellant Pro Se.  Mark Holdsworth Bowen, Assistant Attorney General, Pikesville, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Daniel Hubert Ross appeals the district court's orders granting Defendant's motion to dismiss and denying Ross leave to amend his complaint. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. Ross v. Md. State Police Licensing Div., No. 8:15-cv-01402-TDC (D. Md. Mar. 23, 2016 & June 28, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED

2